UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>J. COBURN, et al.,<br><br>        Defendants. | No. 2:18-cv-1901 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed three motions requesting to be transferred to another prison on the ground that his life is being threatened by correctional officers due to pursing the instant lawsuit. (ECF Nos. 45-47.) Plaintiff fails to offer any details regarding the alleged threats to his safety, including the identities of those threatening him or the circumstances surrounding the threats. However, given the seriousness of the allegation, the court will order service of this order and the motion for transfer on Deputy Attorney General Monica Anderson, who shall ensure that within twenty-four hours of receiving this order plaintiff's motion is forwarded to the appropriate individuals at the California Department of Corrections and Rehabilitation. No response to the motion will be required.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for transfer (ECF Nos. 45-47) are denied.

2. The Clerk of the Court is directed to serve a copy of this order and the motions for transfer (ECF Nos. 45-47) on Monica Anderson, Supervising Deputy Attorney General.

3. Within twenty-four hours of receiving this order, Deputy Attorney General Monica Anderson shall forward the motion for transfer to the appropriate individuals at the California Department of Corrections and Rehabilitation. No response to the motion is required.

Dated: April 30, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:youn1901.transfer

2