UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. COBURN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1901 JAM CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a motion to subpoena records. (ECF No. 69.) However, it is not clear from whom plaintiff seeks to subpoena the records at issue. (Id.) To the extent he is seeking to subpoena documents from defendants, a subpoena is not the proper method for obtaining documents. Instead, he must serve a request for production under Federal Rule of Civil Procedure 34. The request should not be filed with the court unless it is being used to support a motion or response to a motion. To the extent plaintiff may be attempting to subpoena the documents from a non-party, he has failed to show that he cannot obtain the documents through the normal course of discovery.

/////
/////
/////
/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to subpoena records

2  (ECF No. 69) is denied.

3  Dated: October 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:youn1901.subpoena