UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. COBURN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1901 JAM CKD P<br><br><br>ORDER |

On November 5, 2019 defendants filed a motion for summary judgment. (ECF No. 72.) Plaintiff has not opposed the motion. Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 2, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:youn1901.msj.nooppo

1