IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN J. YOUNG,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. COBURN, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-1901 JAM CKD P<br><br>**[PROPOSED] ORDER** |

　　The Court, having considered Defendants' motion to modify the Discovery and Scheduling Order, and good cause appearing:

　　IT IS ORDERED that the deadline to complete discovery is modified to be sixty days after the Court's final decision on the pending exhaustion summary judgment motion, and the deadline to file dispositive motions is modified to be ninety days after the Court's final decision on that motion.

Dated: January 15, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:youn1901.eot

1